**George A. CLARK, Plaintiff-Appellant,**

v.

**The DIRECTOR, UNITED STATES AIR FORCE ACCOUNTING AND FINANCE CENTER, Defendant-Appellee.**

No. 71–2102
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Sept. 13, 1971.

George A. Clark pro. se.

Seagal V. Wheatley, U. S. Atty., Charles B. Tennison, San Antonio, Tex., for defendant-appellee.

Before COLEMAN, SIMPSON, and MORGAN, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.